Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 28, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

GRASS VALLEY HOLDING LIMITED PARTNERSHIP,

    Debtor.

Case No.: 22-14484-abl

Chapter 11

Hearing Date: March 24, 2023
Hearing Time: 3:00 p.m.

**ORDER GRANTING MOTION TO DISMISS CASE**

On March 24, 2023, the Court issued its oral ruling on the Motion of the U.S. Trustee to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. §§ 1112(b) and (e) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014 and Reservation of Rights ("Motion") (ECF No. 19).[1] The Motion was filed on behalf of Tracy Hope Davis, United States Trustee for Region 17 ("U.S. Trustee").

At the March 24, 2023 oral ruling, attorney Michael J. Harker appeared telephonically on behalf of Grass Valley Holding Limited Partnership ("Debtor"). Attorney Carlos Hernandez Vivoni appeared telephonically on behalf of the U.S. Trustee. No other telephonic apperances were noted on the record.

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on March 24, 2023, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**, and this Chapter 11 bankruptcy case is **DISMISSED**.

Copies sent to all parties via CM/ECF Electronic Filing.

### #